UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM GALLAGHER,<br>THOMAS GALLAGHER, AND<br>JAMES GALLAGHER | Case No. 24-CR-360 (CRC) |

ORDER

The Government's [32] Unopposed Motion to Dismiss the Indictment against William Gallagher, Thomas Gallagher, and James Gallagher under Federal Rule of Criminal Procedure 48(a) in light of the Executive Order of January 20, 2025, Granting Pardons and Commutation of Sentences of Certain Offenses Relating to the Events at or Near the United States Capitol on January 6, 2021, is hereby GRANTED. All hearings and deadlines issued by the Court are hereby vacated, all motions are hereby denied as moot, and this case is dismissed with prejudice. This Order does not constitute a finding of innocence. See United States v. Wilson, 32 U.S. 150, 160 (1833) (Marshall, C.J.) ("A pardon is an act of grace, proceeding from the power intrusted with the execution of the laws, which exempts the individual, on whom it is bestowed, from the punishment the law inflicts for a crime he has committed."); In re North, 62 F.3d 1434, 1437 (D.C. Cir. 1994) ("[A] pardon does not blot out guilt or expunge a judgment of conviction[.]"). Nor does it affect the existence of probable cause for Defendants' arrests and prosecutions.

SO ORDERED.

Date: January 22, 2025

_____
CHRISTOPHER R. COOPER
United States District Judge